

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00379-CV

**IN THE INTEREST OF A.T.L., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00966
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

In this accelerated appeal of an order terminating Appellant father's parental rights, Appellant timely filed a notice of appeal and a brief. Appellant's brief was filed on August 11, 2015. The State's brief was due on August 31, 2015. *See* TEX. R. APP. P. 38.6(b).

On September 1, 2015, the State filed a first motion for an extension of time to file its brief until September 21, 2015, and advised the court that the State will seek no further extensions.

The State's motion is GRANTED. *See id.* R. 38.6(d). The State must file its brief with this court by September 21, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court